# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ALDERWOODS (PENNSYLVANIA), A WHOLLY OWNED SUBSIDIARY OF SERVICE CORPORATION INTERNATIONAL, t/a BURTON L. HIRSCH FUNERAL HOME, | : No. 30 WAP 2017<br>:<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court entered May 10,<br>: 2017 at No. 693 MD 2016 |
| Appellant | : |
| v. | : |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, THE HONORABLE GLADYS M. BROWN, CHAIRMAN, THE HONORABLE ANDREW G PLACE, VICE CHAIRMAN, THE HONORABLE JOHN F. COLEMAN, JR., COMMISSIONER, THE HONORABLE ROBERT F. POWELSON, COMMISSIONER, THE HONORABLE DAVID W. SWEET, COMMISSIONER, AND DUQUESNE LIGHT COMPANY, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Appellees | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of August, 2017, the Notice of Appeal is quashed.

Justice Baer files a Concurring Statement.